# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WAYNE MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEN'S COUNTY JAIL, et al.,<br><br>　　　　　Defendants. | Case No. CV 17-5158 SVW (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE**<br>**JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　IT IS ORDERED that the Complaint is denied and Judgment shall be entered dismissing this action with prejudice.

\\

\\

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record and on counsel for Defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 25, 2018

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE